# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 11, 2019 | **Time:** 9 minutes 2:17 p.m. to 2:26 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-cv-02512-WHO | **Case Name:** Kazda v. Aetna Life Insurance Company | |

**Attorneys for Plaintiff:** Robert S. Gianelli and Adrian J. Barrio
**Attorneys for Defendant:** Jonathan A. Shapiro and Tania L. Rice

**Deputy Clerk:** Jean Davis  **Court Reporter:** Marla Knox

## PROCEEDINGS

Motion to dismiss will be granted with leave to amend the complaint within 15 days. Initial disclosures are to be exchanged by September 20, 2019. The parties' proposed case management schedule is adopted with the modifications noted below.

**Further Case Management Conference set for March 10, 2020 at 2:00 p.m.** Case management statement due March 3, 2019.

**CLASS CERTIFICATION SCHEDULE:**

Motion:        April 1, 2020
Opposition:    May 1, 2020
Reply:         May 15, 2020
Hearing:       June 10, 2020

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| **Deadline to amend/add parties:** | November 4, 2019 |
| **Fact discovery cutoff:** | October 1, 2020 |
| **Expert disclosure:** | October 15, 2020 |
| **Expert rebuttal:** | November 16, 2020 |
| **Expert discovery cutoff:** | December 7, 2020 |
| **Dispositive Motions heard by:** | January 27, 2021 |
| **Pretrial Conference:** | March 29, 2021 at 2:00 p.m. |
| **Trial:** | April 26, 2021 at 8:00 a.m. by Court |