Earl B. Austin (*pro hac vice*)
earl.austin@bakerbotts.com
Jonathan A. Shapiro (SBN 257199)
jonathan.shapiro@bakerbotts.com
Tania L. Rice (SBN 294387)
tania.rice@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone:   (415) 291-6204
Facsimile:   (415) 291-6304

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

ROBERT S. GIANELLI, #82116
JOSHUA S. DAVIS, #193187
ADRIAN J. BARRIO, #219266
GIANELLI & MORRIS, A Law Corporation
550 South Hope Street, Suite 1645
Los Angeles, CA 90071
Tel: (213) 489-1600; Fax: (213) 489-1611
rob.gianelli@gmlawyers.com
joshua.davis@gmlawyers.com
adrian.barrio@gmlawyers.com

Attorneys for Plaintiff
MICHALA KAZDA, on behalf of herself and
all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALA KAZDA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:19-cv-02512-WHO<br><br>Hon. William H. Orrick<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE BY APPROXIMATELY 30 DAYS AND ORDER**<br><br>Date of CMC: September 29, 2020<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor |

1      In lieu of a case management conference statement, Plaintiff Michala Kazda and
2  Defendant Aetna Life Insurance Company ("Aetna") (collectively, "the Parties") submit this
3  stipulation as follows:
4      WHEREAS, an initial case management conference was held in this case on September
5  11, 2019;
6      WHEREAS, a further case management conference is set for September 29, 2020, at 2:00
7  p.m.;
8      WHEREAS, pursuant to Civil Local Rule 16-10(d), the parties report that they are
9  engaging in private discussions regarding potential settlement and continue to make significant
10  progress regarding those negotiations;
11      WHEREAS, on July 20, 2020, the Court, pursuant to the Parties' stipulation, extended all
12  class certification, pretrial, and trial dates by 120 days, to allow the Parties time to continue
13  engaging in settlement negotiations (Dkt. No. 62);
14      WHEREAS, the Parties are continuing to have settlement discussions.
15      WHEREAS, the Parties agree that the September 29, 2020 case management conference
16  is premature, but in approximately another month, they will likely be in a better position to
17  inform the Court of their progress;
18      NOW, THEREFORE, IT IS HEREBY STIPULATED BETWEEN THE PARTIES, AND
19  SUBJECT TO THE APPROVAL OF THE COURT, THAT:
20      1.    The case management conference be continued approximately 30 days, to October
21  27, 2020, at 2:00 p.m., or the next available date.

| | | |
|---|---|---|
| 1 | DATED: September 23, 2020 | By: */s/ Tania Rice* |
| 2 | | BAKER BOTTS L.L.P. |
| | | Jonathan A. Shapiro |
| 3 | | Tania L. Rice |
| | | Earl B. Austin (*pro hac vice*) |
| 4 | | |
| 5 | | Attorneys for Defendant |
| | | AETNA LIFE INSURANCE COMPANY |

DATED: September 23, 2020            By: */s/ Joshua Davis*

GIANELLI & MORRIS, ALC
Robert S. Gianelli
Joshua S. Davis
Adrian J. Barrio

Attorneys for Plaintiff
MICHALA KAZDA

I, Tania Rice, hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

> */s/ Tania Rice*
> Tania Rice
> Attorney for Defendant

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE           -2-           Case No. 3:19-CV-02512-WHO

1
## **ORDER**

2       Pursuant to the parties' stipulation, and for good cause appearing, the Court hereby

3  continues the Further Case Management Conference, which was previously set for September 29,

4  2020, to October 27, 2020, at 2:00 p.m.

5       IT IS SO ORDERED.

6
7  Date:     September 25, 2020                                    _____
                                                                    Hon. William H. Orrick